

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| TONY VILLAFRANCA AND | | No. 08-16-00064-CV |
| VILLAFRANCA, INC., | § | |
| | | Appeal from the |
| Appellants, | § | |
| | | 345th District Court |
| v. | § | |
| | | of Travis County, Texas |
| MITCHELL ANDREW GOIN, | § | |
| | | (TC# D-1-GN-14-005405) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the Appellants' motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2016.


STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.